## IN THE UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

|  |  |  |
|---|---|---|
| LOIS WHITE | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | Case No. 1:24-cv-04811 |
| v. | ) | |
| | ) | Honorable Thomas M. Durkin |
| NOODLES & COMPANY – ILLINOIS, | ) | |
| INC., a Delaware corporation, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |
| | ) | |

**NOTICE OF VOLUNTARY DISMISSAL OF DEFENDANT NOODLES & COMPANY – ILLINOIS, INC., UNDER FED. R. CIV. P. 41(a)(1)(A)(i) WITH PREJUDICE**

Plaintiff, through undersigned counsel, voluntarily dismisses Defendant Noodles & Company – Illinois, Inc. under Fed. R. Civ. P. 41(a)(1)(A)(i) with prejudice.

.

Respectfully submitted,

CASS LAW GROUP, P.C.

/s/ Angela C. Spears

Angela C. Spears
CASS LAW GROUP, P.C.
20015 S. LaGrange Rd #1098
Frankfort, IL 60423
T: (833) 343-6743
F: (855) 744-4419
E: aspears@casslawgroup.com
*Counsel for Plaintiff*

Dated: July 25, 2024